STATE of Missouri, Respondent,

v.

**Donald Lee MARX, Appellant.**

**Nos. WD 51112, WD 52594.**

Missouri Court of Appeals,
Western District.

May 20, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from a conviction, following a jury trial, of robbery in the first degree, § 569.020, RSMo 1994, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

**Victor D. HARDNETT, Appellant.**

**Nos. WD 51419, WD 52718.**

Missouri Court of Appeals,
Western District.

May 20, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for Appellant.

Philip M. Koppe, Assistant Attorney General, Kansas City, for Respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appellant appeals the judgment of convictions for robbery in the first degree, § 569.020, assault in the first degree, § 565.050, and two counts of armed criminal action, § 571.015, and the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

The judgment of convictions and the denial of appellant's Rule 29.15 motion are affirmed. Rule 30.25(b) and Rule 84.16(b).